INGRAHAM, McLAUGHLIN, CLARKE and HOUGHTON, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, and with leave to respondent to apply to have appellant furnish the further particulars required by the original order. Settle order on notice.

---

ATHOLE B. READER, Appellant, v. JAMES B. HAGGIN, Respondent.[*]

First Department, June 15, 1906.

APPEAL by the plaintiff, Athole B. Reader, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 25th day of April, 1906, directing that the plaintiff be precluded from giving any evidence of certain affirmative allegations of the complaint as to which he failed to serve particulars as directed.

*John J. Kirby*, for the appellant.

*Clifton P. Williamson*, for the respondent.

PER CURIAM:

For the reasons given in *Reader* v. *Haggin* (114 App. Div. 112), decided herewith, the order appealed from must be reversed, with ten dollars costs and disbursements, and with leave to the respondent to apply to have the appellant furnish the further particulars required by the original order.

Present — O'BRIEN, P. J., INGRAHAM, McLAUGHLIN, CLARKE and HOUGHTON, JJ.

Order reversed, with ten dollars costs and disbursements, with leave to respondent to apply to have appellant furnish the further particulars required by the original order. Settle order on notice.

---

[*] See *Reader* v. *Haggin* (*ante*, p. 112).